138 So. 907

Ex parte E. P. GAY.

7 Div. 67.

Supreme Court of Alabama.
Jan. 12, 1932.

PER CURIAM.
Petition dismissed by petitioner.

140 So. 922

John GREEN v. PULLMAN CAR & MFG. CO.

6 Div. 983.

Supreme Court of Alabama.
Feb. 23, 1932.

Chester Austin, of Birmingham, for appellants.

Huey, Welch & Stone, of Bessemer, for appellee.

PER CURIAM.
Dismissed by agreement.

139 So. 907

W. D. GRIFFIN v. Daisy CRAWFORD.

8 Div. 346.

Supreme Court of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed.

138 So. 918

GORMAN–GAMMILL SEED & DAIRY SUPPLY CO. v. D. F. GREEN, as Supt. of Banks.

6 Div. 856.

Supreme Court of Alabama.
Dec. 3, 1931.

John D. Hill, of Birmingham, for appellant.

Fort, Beddow & Ray and G. Ernest Jones, all of Birmingham, for appellee.

PER CURIAM.
Affirmed on motion of appellant.

138 So. 918

Clarence GRICE v. STATE.

I Div. 690.

Supreme Court of Alabama.
Dec. 17, 1931.

THOMAS, J.
Affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

139 So. 907

Alex HANCOCK et al. v. W. C. BAGOT.

I Div. 689.

Supreme Court of Alabama.
Jan. 19, 1932.

Armbrecht, Hand & Twitty, of Mobile, for appellants.

Smith & Johnston, of Mobile, for appellee.

PER CURIAM.
Modified and affirmed by agreement.